**Order entered May 22, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00412-CV

## IN THE INTEREST OF A.M., A CHILD

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-09918-R**

## ORDER

Before the Court is appellant's May 20, 2019 motion for an extension of time to file her brief on the merits. We **GRANT** the motion and extend the time to **May 28, 2019**. We caution appellant that further extension requests in this accelerated appeal will be disfavored.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE